UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, vs. **DENICO ADAMS,** Defendant. | 2:18-CR-20641-TGB-APP-6 **ORDER DENYING EMERGENCY MOTION TO CORRECT SENTENCE** **(ECF NO. 353)** |

Denico Adams has filed an Emergency Motion to Correct His Sentence. (ECF No. 353.) The motion requests an immediate ruling on an earlier-filed motion to correct his sentence under Criminal Rule 35(a) and 18 U.S.C. § 3582(b)(2) (ECF No. 313), which the Court had previously stayed pending the resolution of Adams's appeal.

In accordance with instructions from the Sixth Circuit, the Court decided Adams' earlier motion to correct his sentence in an Order dated November 3, 2022. (*See* ECF No. 352). Consequently, the Emergency Motion (ECF No. 353) must **DENIED as moot.**

**IT IS SO ORDERED**, this 15th of November, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

1